# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RAYMOND NUGENT, et al. )<br> )<br>    Plaintiffs, )<br> )<br>  vs. )<br> )<br>ADVANCED CORRECTIONAL )<br>HEALTHCARE, INC., et al., )<br> )<br>    Defendants. ) | Case No. 4:18-cv-02042-AGF |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on Plaintiffs' application for approval of wrongful death settlement and allocation of proceeds (ECF No. 35) is set for **Monday, February 24, 2020, at 2:00 p.m**.  Counsel for all parties shall appear.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2020.