# EXHIBIT LIST

Style:_____ Case Number:_____

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☐ EXHIBITS RETURNED TO COUNSEL        EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date

**PAGE _____ OF _____**