# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RAYMOND NUGENT, et al.** | Cause No.: 4:18-cv-2042 |
| Plaintiffs, | |
| v. | **DELIBERATE INDIFFERENCE** <br> **WRONGFUL DEATH** <br> **AND MEDICAL NEGLIGENCE** |
| **ADVANCED CORRECTIONAL HEALTHCARE, INC., et al.** | |
| Defendants. | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO DISMISS ALL CLAIMS

Plaintiffs, having received satisfaction of the settlement proceeds approved by the Court on February 24, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(2), move to dismiss all remaining claims against all defendants with prejudice.

WHEREFORE, Plaintiffs pray their Motion to Dismiss all Claims be granted, and for any further relief the Court deems just and proper.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: */s/ Patrick R. McPhail*
John G. Simon, #35321MO
Kevin M. Carnie Jr., #60979MO
Patrick R. McPhail, #70242MO
800 Market Street, Suite 1700
St. Louis, MO 63101
Telephone: 314-241-2929
jsimon@simonlawpc.com
kcarnie@simonlawpc.com
pmcphail@simonlawpc.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of February, 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                            */s/ Patrick R. McPhail*
                                                            Patrick R. McPhail