# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RAYMOND NUGENT, et al.**<br><br>　　　Plaintiffs,<br><br>v.<br><br>**ADVANCED CORRECTIONAL HEALTHCARE, INC., et al.**<br><br>　　　Defendants. | Case No. 4:18-cv-2042 |

## ORDER APPROVING WRONGFUL
## DEATH SETTLEMENT AND ALLOCATION OF PROCEEDS

This matter is before the Court on the application of Plaintiffs Raymond and Janis Nugent to approve a wrongful death settlement with Defendants Advanced Correctional Healthcare, Inc., Amy Moore, Franklin County, Missouri, Hobie Brown, Andy Rosenkoetter, and Stephanie Reynolds (collectively "Defendants") pursuant to Mo. Rev. Stat. § 537.095.  ECF No. 35.

A hearing on the motion was held on February 24, 2020.  Plaintiffs appeared in person and represented by counsel.  Defendants appeared through counsel.  The following documents memorializing the settlement were adduced and filed under seal: (1) the proposed distribution (Exhibit 1), (2) a Settlement Agreement and Release between Plaintiffs and defendants Advanced Correctional Healthcare and Amy Moore (Exhibit A), and (3) a Release between Plaintiffs and Defendants Franklin County, Hobie Brown, Stephanie Reynolds, and Andy Rosenkoetter (Exhibit B).  These documents are confidential and will remain under seal.  Additionally, Mr. Nugent testified at the hearing and confirmed that Plaintiffs understood and accepted the terms of the settlement with all Defendants, Plaintiffs were satisfied with the services of their counsel, and counsel's fees and expenses were consistent with counsel's fee agreement.

Upon careful consideration of the evidence, and as spread upon the record in further detail at the hearing, the Court finds as follows.

1. This is a claim for the alleged wrongful death of Devin Nugent, as described in the Application for Approval of Wrongful Death Settlement and Allocation of Proceeds. Devin Nugent died in Franklin County, Missouri on November 26, 2017.

2. Plaintiffs are the surviving natural parents of Devin Nugent and are the wrongful death beneficiary class members who have brought a wrongful death claim on behalf of all wrongful death class beneficiary members under MO. REV. STAT. § 537.080.

3. Devin Nugent was not married at the time of his death.

4. Devin Nugent did not have any children.

5. Plaintiffs represent and warrant that they know of no other wrongful death beneficiaries other than as set forth above, and that there are no other wrongful death beneficiaries as defined under MO. REV. STAT. § 537.080.1(1).

6. Plaintiffs consent to the settlement and distribution.

7. Although Defendants deny liability to Plaintiffs of any kind or character, the parties have nevertheless been able to negotiate a compromise and settlement. The gross amount is set forth on Exhibit 1, presented at the hearing and entered into the record under seal.

8. Plaintiffs and their attorneys believe and have represented to the Court that the settlement amount and settlement agreements are fair and reasonable considering all the facts and circumstances, and that the Court's approval would be in their best interests.

9. Plaintiffs waive a trial by jury and their right to appeal.

10. Plaintiffs' attorney fees and expenses are consistent with Plaintiffs' expectations under counsel's fee agreement, and the fees and expenses set forth in Exhibit 1 are fair and reasonable.

11. The proposed settlement distribution is fair and reasonable and should be approved.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Trial by jury and right to appeal have been knowingly and voluntarily waived by Plaintiffs on their behalf and on behalf of all wrongful death beneficiaries.

2. The proposed settlement with Defendants, the settlement and release agreements contained in Exhibits A and B, and the proposed distribution set forth on Exhibit 1 are fair and reasonable and are approved.

3. Plaintiffs shall immediately collect all settlement proceeds from Defendants and tender the settlement documents to Defendants.

4. Plaintiff shall acknowledge satisfaction in whole for the settlement proceeds received on behalf of Defendants.

5. Plaintiffs shall distribute the net proceeds in accordance with Exhibit 1.

6. After payment of the settlement is complete, Plaintiff shall file a Stipulation of Dismissal with Prejudice as to all claims against Defendants and confirming distribution in accordance with the settlement.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2020.