# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RAYMOND NUGENT, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**ADVANCED CORRECTIONAL HEALTHCARE, INC., et al.**<br><br>Defendants. | Cause No.: 4:18-cv-2042<br><br>**DELIBERATE INDIFFERENCE**<br>**WRONGFUL DEATH**<br>**AND MEDICAL NEGLIGENCE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order of February 28, 2020 [Doc. 43] Plaintiffs state the following:

1. Plaintiffs have collected all settlement proceeds from Defendants and have tendered the settlement documents to Defendants.

2. Plaintiffs acknowledge satisfaction in whole for the settlement proceeds received on behalf of Defendants.

3. The initial funds to Plaintiffs, as described in ¶¶ 7-8 of [Doc. 41] (**Plaintiff's Exhibit 1)**, have been dispersed.

4. The remaining escrow funds, as described in ¶ 9 of [Doc. 41] (**Plaintiff's Exhibit 1)**, are scheduled to be dispersed on May 4, 2020.

5. Plaintiffs withdraw their motion to dismiss [Doc. 42].

6. As payment of the settlement by Defendants is complete, Plaintiffs stipulate to dismiss with prejudice all claims against Defendants.

WHEREFORE, Plaintiffs pray all claims against all Defendants be dismissed with prejudice, and for any further relief the Court deems just and proper.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By:  */s/ Patrick R. McPhail*
John G. Simon, #35321MO
Kevin M. Carnie Jr., #60979MO
Patrick R. McPhail, #70242MO
800 Market Street, Suite 1700
St. Louis, MO 63101
Telephone:  314-241-2929
jsimon@simonlawpc.com
kcarnie@simonlawpc.com
pmcphail@simonlawpc.com
***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Patrick R. McPhail*
Patrick R. McPhail